**SHA-1 Hash:** 73D2A617D53196F98228F2629497720ADBBC6CED  **Title:** Young Passion
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 50.129.94.197 | 10/18/2012 04:14 | Champaign | IL | Comcast Cable | BitTorrent |
| 2 | 67.175.25.166 | 11/07/2012 14:17 | Bloomington | IL | Comcast Cable | BitTorrent |
| 3 | 76.16.41.23 | 10/19/2012 00:57 | East Peoria | IL | Comcast Cable | BitTorrent |
| 4 | 98.212.143.38 | 10/19/2012 02:07 | Quincy | IL | Comcast Cable | BitTorrent |
| 5 | 98.228.53.169 | 11/02/2012 23:20 | Champaign | IL | Comcast Cable | BitTorrent |

EXHIBIT A

CIL14