Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/22/2012 20:19:21 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/20/2012 03:41:36 |
| Breakfast in Bed | 04/16/2012 | 04/17/2012 | 04/19/2012 04:54:46 |
| California Dreams | 03/12/2012 | 03/12/2012 | 04/14/2012 07:32:43 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/01/2012 04:19:50 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/09/2012 04:01:57 |
| Evening at Home Part #2 | 04/04/2012 | 04/04/2012 | 04/19/2012 04:47:27 |
| First Love | 09/05/2012 | 09/25/2012 | 09/08/2012 02:43:14 |
| Happy Couple | 06/25/2012 | 06/25/2012 | 07/04/2012 03:55:55 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 06/14/2012 06:36:33 |
| Little Lover | 04/30/2012 | 05/02/2012 | 04/30/2012 15:33:29 |
| Miss Perfect | 10/01/2012 | 10/07/2012 | 09/29/2012 04:16:45 |
| One Night Stand | 05/02/2012 | 05/02/2012 | 05/08/2012 03:07:27 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 09/29/2012 04:14:17 |
| Pretty Back Door Baby | 05/08/2012 | 05/10/2012 | 05/10/2012 03:43:02 |
| Red Hot | 10/12/2012 | 10/14/2012 | 10/16/2012 04:40:44 |
| Show You My Love | 02/16/2011 | 04/14/2012 | 04/27/2012 03:32:11 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/01/2012 05:17:41 |
| Slow Motion | 04/22/2012 | 04/23/2012 | 05/21/2012 04:04:10 |
| Starting Over | 08/27/2012 | 09/10/2012 | 08/26/2012 19:15:43 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/05/2012 06:02:41 |
| Teenage Dream | 05/29/2012 | 06/01/2012 | 05/31/2012 02:31:55 |
| This Side of Paradise | 08/19/2012 | 08/21/2012 | 08/20/2012 04:00:38 |
| Threes Company | 08/17/2012 | 08/15/2012 | 08/19/2012 12:59:33 |
| Transcendence | 07/30/2012 | 07/31/2012 | 07/30/2012 02:57:46 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 08/25/2012 05:01:43 |
| Wet Dream | 07/20/2012 | 07/20/2012 | 07/24/2012 05:11:58 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 04/11/2012 04:36:42 |
| Wild Things | 10/05/2012 | 10/07/2012 | 10/04/2012 03:51:38 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/18/2012 04:14:22 |

**Total Statutory Copyright Infringements for Doe #1:  30**

EXHIBIT B

CIL14

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/07/2012 09:31:19 |
| Happy Couple | 06/25/2012 | 06/25/2012 | 07/04/2012 20:15:34 |
| Leila Last Night | 02/01/2012 | 02/17/2012 | 02/10/2012 07:51:48 |
| One and Only Caprice | 01/30/2012 | 03/10/2012 | 07/14/2012 08:27:37 |
| Soul Mates | 11/07/2012 | 11/15/2012 | 11/07/2012 11:38:48 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/07/2012 12:26:42 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 07/04/2012 20:16:46 |
| Young Passion | 10/17/2012 | 10/26/2012 | 11/07/2012 14:17:15 |

**Total Statutory Copyright Infringements for Doe #2:  8**

EXHIBIT B

CIL14

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Backstage 15:55:24 | 07/17/2012 | 07/18/2012 | 09/21/2012 |
| First Love 00:36:01 | 09/05/2012 | 09/25/2012 | 10/19/2012 |
| Side by Side 00:35:19 | 09/03/2012 | 09/19/2012 | 10/19/2012 |
| Threes Company 15:40:29 | 08/17/2012 | 08/15/2012 | 09/21/2012 |
| Wild Things 00:27:59 | 10/05/2012 | 10/07/2012 | 10/18/2012 |
| Yoga in the Sky 15:24:20 | 06/27/2012 | 06/29/2012 | 09/21/2012 |
| Young Passion 00:57:02 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Statutory Copyright Infringements for Doe #3:  7**

EXHIBIT B

CIL14

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| After Hours 20:44:21 | 11/21/2011 | 03/10/2012 | 08/26/2012 |
| Amazing Grace 11:40:43 | 09/14/2012 | 09/19/2012 | 09/15/2012 |
| Angel Seaside Romp 15:03:49 | 01/04/2012 | 01/06/2012 | 09/06/2012 |
| Anneli Dream Girl 15:05:35 | 12/19/2011 | 01/04/2012 | 09/06/2012 |
| Anneli Leila Menage A Trois 15:03:43 | 01/13/2012 | 01/17/2012 | 09/06/2012 |
| Black Lingerie Bliss 11:00:08 | 09/19/2012 | 09/19/2012 | 09/20/2012 |
| Breakfast in Bed 05:23:28 | 04/16/2012 | 04/17/2012 | 09/25/2012 |
| Casual Affair 00:11:57 | 08/01/2012 | 08/05/2012 | 08/24/2012 |
| Casual Sex 10:43:35 | 10/31/2012 | 11/07/2012 | 11/01/2012 |
| Coucher Avec une Autre Fille 01:11:55 | 08/13/2012 | 08/14/2012 | 08/16/2012 |
| Dangerous Game 01:11:16 | 10/10/2012 | 10/14/2012 | 10/14/2012 |
| Daydream 01:01:41 | 10/15/2012 | 10/15/2012 | 10/19/2012 |
| Farewell 11:41:26 | 08/03/2012 | 08/07/2012 | 09/15/2012 |
| First Love 03:44:12 | 09/05/2012 | 09/25/2012 | 10/03/2012 |
| Her First Threesome 09:22:00 | 07/27/2011 | 05/25/2012 | 10/08/2012 |
| Ibiza Love 10:17:31 | 10/27/2012 | 10/28/2012 | 10/30/2012 |
| Inspiration 19:54:12 | 08/10/2012 | 08/14/2012 | 09/25/2012 |
| Just Married 12:05:44 | 07/06/2011 | 03/10/2012 | 08/31/2012 |
| Kristen Girl Next Door 03:39:18 | 08/25/2010 | 11/18/2011 | 10/11/2012 |
| Lovers Quarrel 04:18:58 | 11/14/2012 | 11/20/2012 | 11/13/2012 |

EXHIBIT B

CIL14

| Title | Col1 | Col2 | Col3 |
|---|---|---|---|
| Lunchtime Fantasy 12:03:44 | 03/19/2012 | 03/19/2012 | 08/31/2012 |
| MaryJane Young Love 12:10:35 | 08/15/2011 | 11/23/2011 | 08/31/2012 |
| Miss Perfect 03:49:48 | 10/01/2012 | 10/07/2012 | 09/29/2012 |
| Morning Memories 04:09:34 | 09/10/2012 | 09/19/2012 | 09/23/2012 |
| Morning Tryst 07:34:56 | 07/24/2012 | 07/25/2012 | 08/16/2012 |
| On My Own 19:58:27 | 06/04/2012 | 06/08/2012 | 08/26/2012 |
| Perfect Together 00:25:45 | 08/29/2012 | 09/19/2012 | 09/23/2012 |
| Photo Fantasy 03:57:57 | 09/28/2012 | 09/28/2012 | 09/29/2012 |
| Pretty Back Door Baby 15:23:16 | 05/08/2012 | 05/10/2012 | 09/06/2012 |
| Pure Grace 14:59:40 | 07/11/2012 | 07/12/2012 | 09/06/2012 |
| Pure Passion 18:14:46 | 06/03/2011 | 03/10/2012 | 10/27/2012 |
| Show You My Love 19:56:07 | 02/16/2011 | 04/14/2012 | 08/26/2012 |
| Slow Motion 15:00:05 | 04/22/2012 | 04/23/2012 | 09/06/2012 |
| Starting Over 11:03:44 | 08/27/2012 | 09/10/2012 | 09/25/2012 |
| Still With Me 08:14:19 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| This Side of Paradise 01:02:48 | 08/19/2012 | 08/21/2012 | 10/06/2012 |
| Three for the Show 12:44:02 | 09/24/2012 | 09/28/2012 | 09/25/2012 |
| Threes Company 00:27:28 | 08/17/2012 | 08/15/2012 | 08/24/2012 |
| Transcendence 07:43:30 | 07/30/2012 | 07/31/2012 | 08/16/2012 |
| Unbelievably Beautiful 01:24:58 | 08/24/2012 | 09/10/2012 | 09/23/2012 |
| Wild Things 01:02:49 | 10/05/2012 | 10/07/2012 | 10/06/2012 |
| Young Passion 02:07:49 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

EXHIBIT B

CIL14

**Total Statutory Copyright Infringements for Doe #4: 42**

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| California Dreams 04:30:12 | 03/12/2012 | 03/12/2012 | 10/06/2012 |
| Casual Sex 03:51:02 | 10/31/2012 | 11/07/2012 | 11/04/2012 |
| Dangerous Game 00:14:32 | 10/10/2012 | 10/14/2012 | 11/03/2012 |
| Like The First Time 23:07:00 | 02/29/2012 | 02/29/2012 | 10/06/2012 |
| Lunchtime Fantasy 23:15:47 | 03/19/2012 | 03/19/2012 | 11/08/2012 |
| One Night Stand 23:25:23 | 05/02/2012 | 05/02/2012 | 11/08/2012 |
| Yoga in the Sky 03:48:26 | 06/27/2012 | 06/29/2012 | 11/04/2012 |
| Young Passion 23:20:22 | 10/17/2012 | 10/26/2012 | 11/02/2012 |

**Total Statutory Copyright Infringements for Doe #5: 8**

EXHIBIT B

CIL14