**E-FILED**
Thursday, 10 January, 2013  03:30:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MALIBU MEDIA, LLC,                      )
                                        )
        Plaintiff                       )        No.  2:12-cv-02293-MPM-DGB
                                        )
        vs                              )
                                        )
JOHN DOES 1 - 5,                        )
                                        )
        Defendants                      )

**PLAINTIFF'S MOTION FOR ENTRY OF DISCOVERY ORDER**

Malibu Media, LLC, through its undersigned attorney, prays for the entry of an order in accordance with its previously filed motion for discovery.  In support of its motion, Plaintiff states as follows:

1.      On December 1, 2012 Plaintiff filed its motion to take discovery prior to the Rule 26(f) conference, docket entry 4.  The motion was incorrectly filed as an ex parte motion.

2.      The court initially granted the motion then vacated the order.

3.      Plaintiff believes the motion should be granted.

WHEREFORE, Malibu Media, LLC prays for the entry of an order granting its previously filed motion to take discovery and for such further and additional relief as this Court deems right and just.

Respectfully submitted,
SCHULZ LAW, P.C.

By:   /s/Mary K. Schulz
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel:  (224) 535-9510

Fax:  (224) 535-9501
Email:  schulzlaw@me.com
Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, certify that on January 10, 2013 I electronically filed

the foregoing **Motion for Entry of Order** with the Clerk of the Court using the CM/ECF

system, which sent notification of such filing to all entitled to notice.


_____/s/Mary K. Schulz_____
Mary K. Schulz